UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-OoO-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>vs.<br><br>JEFFREY CHARLES MYERS,<br><br>   Defendant. | Case No.   3:09-cr-029-LRH-(VPC) |

### MOTION FOR RETURN OF PASSPORT; ORDER

Defendant, Jeffrey Charles Myers, by and through the Digesti Law Firm LLP and Laurence Peter Digesti, Esq. hereby submits this motion for the return of Mr. Myers passport.

The sentencing in this matter was completed on December 14, 2009. Mr. Myers is not a flight risk and, as such, it is requested that his passport be returned to him.

DATED: January \_\_11\_\_, 2010   THE DIGESTI LAW FIRM LLP

By /s/ Laurence Peter Digesti
Laurence P. Digesti, Esq. (SBN 88)
485 W. Fifth Street
Reno, NV 89503
Attorneys for the Defendant
Jeffrey Charles Myers

## ORDER

Based upon the Motion for Return of Passport, and good cause appearing, it is hereby ordered that Mr. Myers' passport be returned to him.

Dated this 19th day of January, 2010.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE